UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

WALLACE BURKS,

        Plaintiff,

v.                                  Case No. 07-C-495

RICK RAEMISCH, et al.,

        Defendants.

**ORDER**

On November 9, this court granted the plaintiff's request to proceed on appeal *in forma pauperis*. In that decision, the court did not order the prison to collect an additional filing fee from the plaintiff because the filing fee had already been imposed under an earlier order dated October 25. This court's November 9 order, however, did not assess an initial partial filing fee, which is required before the appeal may be processed. Review of Burks' account statement reveals that he has no funds to pay any partial filing fee; accordingly, the initial partial filing fee is **waived**. Future funds Burks may obtain shall be collected as previously set forth in this court's order of October 25, 2007.

**IT IS FURTHER ORDERED** that copies of this order be sent to the warden of the institution where the plaintiff is confined, and to Corey Finkelmeyer, Assistant Attorney General, Wisconsin Department of Justice, P.O. Box 7857, Madison, Wisconsin 53707-7857, and to PLRA Attorney, United States Court of Appeals for the Seventh Circuit, 219 S. Dearborn Street, Rm. 2722, Chicago, Illinois 60604.

Dated this   30th   day of November, 2007.

                                                s/ William C. Griesbach
                                                William C. Griesbach
                                                United States District Judge