UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

WALLACE BURKS,

        Plaintiff,

  v.                                            Case No. 07-C-495

A. SHAKOOR,

        Defendant.

**ORDER**

The defendant has filed a motion to compel the plaintiff to sign an authorization for release of medical information. I directed Plaintiff Burks to respond to the defendant's motion on or before June 17, 2009. No response has been filed. Accordingly, the motion to compel is **GRANTED**. Plaintiff is ordered to sign the authorization or this case could be subject to dismissal.

**SO ORDERED** this   30th   day of June, 2009.

                                                    s/ William C. Griesbach
                                                    WILLIAM C. GRIESBACH
                                                    United States District Judge